UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MARTINOVSKY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY MUTUAL GROUP,<br><br>　　　　Defendant. | Case No. 16-cv-06774-JSW<br><br>**ORDER TO PLAINTIFF'S COUNSEL TO SHOW CAUSE** |

　　　This matter was scheduled for an initial case management conference on March 3, 2017. The order setting the case management conference stated: "The parties shall appear in person through lead counsel to discuss all items referred to in this Order and with authority to enter stipulations, to make admissions and to agree to further scheduling dates." (Dkt. No. 12; *see also* N.D. Cal. Civil L.R. 16-10(a) ("Unless excused by the Judge, lead trial counsel for each party must attend the initial Case Management Conference.").)

　　　Edward Pomerance, Esq. is lead counsel for Plaintiff. Mr. Pomerance did not appear at the initial case management conference. Instead, Ryan Salsig, Esq. appeared for Plaintiff. Accordingly, Mr. Pomerance is HEREBY ORDERED TO SHOW CAUSE why the Court should not impose sanctions in the amount of $250.00 for his failure to appear and for his failure to comply with the order scheduling the case management conference and Civil Local Rule 16-10(a).

　　　Mr. Pomerance's response to this Order to Show Cause shall be due by March 13, 2017.

　　　**IT IS SO ORDERED.**

Dated: March 6, 2017

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge