1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MARTINOVSKY, M.D., an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL GROUP a.k.a LIBERTY MUTUAL INSURANCE a.k.a LIBERTY MUTUAL INSURANCE COMPANY; and DOES 1 – 100, inclusive,<br><br>Defendant. | Case No. 3:16-cv-06774-JSW<br><br>[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE |


## [PROPOSED] ORDER

Having considered the parties' Stipulation to dismiss this action with prejudice, pursuant to the parties' Confidential Settlement Agreement and General Release and Rule 41 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED that:

1. Plaintiff Dr. Gary Martinovsky's Complaint is hereby dismissed with prejudice.

2. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: __August 30, 2017__    _____*Jeffrey S. White*_____
HON. JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

SMRH:482850970.1    [PROPOSED] ORDER